## STEPHEN G. THOMAS CO., L.P.A.

(440) 247-4765     100 North Main Street, Suite 235     steve@sgtlaw.net
Chagrin Falls, Ohio 44022
Fax (440) 247-7446

December 18, 2015

Edwin P. Pigman, Esq.　　　　　　　　　　Brian Stark
25000 Euclid Avenue, Suite 102　　　　　　c/o Classic Victor, LLC
Euclid, Ohio 44117　　　　　　　　　　　　17000 St. Clair Avenue
　　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44110

Spiros E. Gonakis, Sr., Esq.
20050 Lakeshore Boulevard　　　　　　　　Bill Dragolis
Euclid, Ohio 44123　　　　　　　　　　　　c/o Classic Victor, LLC
　　　　　　　　　　　　　　　　　　　　　17000 St. Clair Avenue
　　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44110
Michael Burrington
c/o Howard Hanna
8396 Mentor Avenue
Mentor, Ohio 44060

Howard Hanna Real Estate Services
Attn: Office Manager
8396 Mentor Avenue
Mentor, Ohio 44060

     Re:   Sale of 2587 Noble Road, Cleveland Heights, Ohio
             Rolvow Properties, LLC (Brian McMillin) to Classic Victor, LLC (Brian Stark)

Gentlemen:

    The undersigned has been retained by Brian McMillin in his capacity as Managing Member of Rolvow Properties, LLC, to prosecute claims for damages arising from your separate involvements (as applicable) in the sale by Rolvow Properties, LLC of the apartment building located at 2587 Noble Road, Cleveland Heights, Ohio to Classic Victor, LLC, and/or the impact of those events on the collateral foreclosure proceedings pending in the Cuyahoga County Court of Common Pleas, as Case No. 832926.

    The subject sale consummated when title transferred on or about January 9, 2012, as a result of negotiations during the period of December 15, 2011 through December 30, 2011, in which all of you but Mr. Pigman were involved.

    Please refer this letter to the carrier of your professional liability, errors and omissions or comprehensive general liability insurance policy, or to your legal adviser if you do not maintain any such coverage.

Selected in 2015 Among *Ohio's Top Rated*

**EXHIBIT 5**

December 18, 2015
Edwin P. Pigman, Esq.
Spiros E. Gonakis, Sr., Esq.
Michael Burrington
Howard Hanna Real Estate Services
Brian Stark
Bill Dragolis
Page Two

    Due to the potential expiration next week of the four-year statute of limitation that applies to Michael Burrington, a Complaint will be commenced against Mr. Burrington and Howard Hanna Real Estate Services while the undersigned investigates allegations of fraud against Mr. Stark and Mr. Dragolis, and the negligent failure of persons other than Mr. Stark and Mr. Dragolis to protect Rolvow Properties, LLC from the professionally-foreseeable risks that have been discovered recently by Mr. McMillin, arising from anticipated deficiencies in foreclosure proceedings pending against Classic Victor, LLC.

                                                  Sincerely,

                                                Stephen G. Thomas

SGT:kd